# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                                                                       SUPERIOR COURT
                                                                                                          NO:

PAUL SALAMONE,                              )
      Plaintiff                                        )
                                                          )
v.                                                       )            COMPLAINT
                                                          )
ARAMARK FACILITY SERVICE, INC., and  )
RED ROBIN INTERNATIONAL, INC,        )
      Defendants                                 )
                                                          )

## PARTIES

1. The Plaintiff, Paul Salamone is an individual residing at 320 Smith Street, Attleboro, Bristol County, MA 02703.

2. The Defendant, Aramark Facility Services, Inc., (hereinafter Aramark) is a foreign corporation licensed to do business in the Commonwealth of MA, with an agent for service, CT Corporation System, 155 Federal Street, Ste 700 Boston, MA 02110

3. The Defendant, Red Robin International, Inc., (hereinafter Red Robin) is a foreign corporation licensed to do business in the Commonwealth of MA with an agent for service located 84 State Street, Boston MA 02109.

## COUNT I
(Paul Salamone v Aramark Facility Service, Inc.)

4. On or about March 7, 2018, Plaintiff, Paul Salamone, was a customer at the Red Robin Restaurant located 2421 Cranberry Hwy Suite 350, Wareham, MA 02571.

5. As the Plaintiff was exiting the restaurant, he tripped and fell on a commercial rug that had been recently serviced and installed by the Defendant, Aramark.

6. The commercial rug had not been placed flat on the ground properly by Aramark employees, as parts of the edges were left sticking up and thus creating a hazard for passers-by.

7. Further, the defect created by the aforementioned rug placement was not open and obvious.

8. The actions of Aramark were the proximate cause of the accident as they had a duty exercise reasonable care in placing the commercial rug on the ground in a hazard free manner but failed to do so.

9. As a result of the actions of Aramark the Plaintiff, Paul Salamone, sustained injuries of body and mind, incurred medical expenses for medical care and lost time from his usual activities.

WHEREFORE, the plaintiff, Paul Salamone, demands judgment against the Defendant, Aramark on Count I, plus interest, and costs of this action

## COUNT II
(Paul Salamone v Red Robin Gourmet Burgers, Inc.)

10. The Plaintiff repeats, realleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 19 of this Complaint.

11. On or about March 7, 2018, Plaintiff, Paul Salamone, was a customer at the Red Robin Restaurant located 2421 Cranberry Hwy Suite 350, Wareham, MA 02571.

12. As the Plaintiff was exiting the restaurant, he tripped and fell on a commercial rug that was near the exit way.

13. The commercial rug had not been placed flat on the ground properly, as parts of the edges were left sticking up and thus creating a hazard for passers- by.

14. Red Robin was the proximate cause of the incident as its employees either knew or should have known about the defect and failed to do nothing about it.

15 As a result of the actions of Red Robin the Plaintiff, Paul Salamone, sustained injuries of body and mind, incurred medical expenses for medical care and lost time from his usual activities.

WHEREFORE, the plaintiff, Paul Salamone, demands judgment against the Defendant, Red Robin Gourmet Burgers, Inc., on Count II, plus interest, and costs of this action.

THE PLAINTIFFS DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Respectfully submitted,
Paul Salamone, Plaintiff,
By His Attorney

_____
Michael F. Suarez, BBO #: 634788
Law Office of Michael F. Suarez
258 Main Street, Suite D-2
Buzzards Bay, MA 02532
Phone (508) 759-1122
Fax (508) 759-9399

Dated: 2/8/21

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts <br> The Superior Court |
|---|---|---|
| PLAINTIFF(S): Paul Salamone <br> ADDRESS: 320 Smith Street <br> Attleboro, MA 02703 | | COUNTY Bristol |
| | DEFENDANT(S): | Red Robin Gourmet Burgers, Inc. <br> Aramark Corporation |
| ATTORNEY: Michael F. Suarez <br> ADDRESS: 258 Main Street, Suite D-2 <br> Buzzards Bay, MA 02532 | ADDRESS: | 2421 Cranberry Highway <br> Wareham, MA <br> 110 Glen Street |
| BBO: 634788 | | Lawrence, MA 01843 |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | Negligence | F | ☒ YES  ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................................................... $ 2,867.35
2. Total doctor expenses ................................................................................................. $ 674.71
3. Total chiropractic expenses ........................................................................................ $ 3,735.00
4. Total physical therapy expenses ................................................................................. $ 8,925.00
5. Total other expenses (describe below) ....................................................................... $ 0.00
   Subtotal (A): $ 16,202.06

B. Documented lost wages and compensation to date ........................................................ $ _____
C. Documented property damages to dated ....................................................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ....................................... $ 50,000.00
E. Reasonably anticipated lost wages ................................................................................. $ _____
F. Other documented items of damages (describe below) .................................................. $ 0.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
   Plaintiff injured his knee which he had previous knee replacement and now needs to have futher surgery

   TOTAL (A-F): $ 66,202.06

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL $ _____

Signature of Attorney/Pro Se Plaintiff: X _M_   Date: 2/8/21

RELATED ACTIONS: Please provide the case number, case name, and count of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____   Date: 2/8/21

TurboLaw (800) 518-872

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | | |
|---|---|---|
| AA1 | Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 | Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 | Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 | Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 | Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | | |
|---|---|---|
| A01 | Services, Labor, and Materials | (F) |
| A02 | Goods Sold and Delivered | (F) |
| A03 | Commercial Paper | (F) |
| A04 | Employment Contract | (F) |
| A06 | Insurance Contract | (F) |
| A08 | Sale or Lease of Real Estate | (F) |
| A12 | Construction Dispute | (A) |
| A14 | Interpleader | (F) |
| BA1 | Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 | Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 | Shareholder Derivative | (A) |
| BB2 | Securities Transactions | (A) |
| BC1 | Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 | Intellectual Property | (A) |
| BD2 | Proprietary Information or Trade Secrets | (A) |
| BG1 | Financial Institutions/Funds | (A) |
| BH1 | Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 | Other Contract/Business Action-Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | | |
|---|---|---|
| D01 | Specific Performance of a Contract | (A) |
| D02 | Reach and Apply | (F) |
| D03 | Injunction | (F) |
| D04 | Reform/ Cancel Instrument | (F) |
| D05 | Equitable Replevin | (F) |
| D06 | Contribution or Indemnification | (F) |
| D07 | Imposition of a Trust | (A) |
| D08 | Minority Shareholder's Suit | (A) |
| D09 | Interference in Contractual Relationship | (F) |
| D10 | Accounting | (A) |
| D11 | Enforcement of Restrictive Covenant | (F) |
| D12 | Dissolution of a Partnership | (F) |
| D13 | Declaratory Judgment, G.L. c.231A | (A) |
| D14 | Dissolution of a Corporation | (F) |
| D99 | Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | | |
|---|---|---|
| PA1 | Contract Action involving an Incarcerated Party | (A) |
| PB1 | Tortious Action involving an Incarcerated Party | (A) |
| PC1 | Real Property Action involving an Incarcerated Party | (F) |
| PD1 | Equity Action involving an Incarcerated Party | (F) |
| PE1 | Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | | |
|---|---|---|
| B03 | Motor Vehicle Negligence – Personal Injury/Property Damage | (F) |
| B04 | Other Negligence – Personal Injury/Property Damage | (F) |
| B05 | Products Liability | (A) |
| B06 | Malpractice - Medical / Wrongful Death | (A) |
| B07 | Malpractice - Other | (A) |
| B08 | Wrongful Death, G.L. c.229 §2A | (A) |
| B15 | Defamation | (A) |
| B19 | Asbestos | (A) |
| B20 | Personal Injury - Slip & Fall | (F) |
| B21 | Environmental | (F) |
| B22 | Employment Discrimination | (F) |
| BE1 | Fraud, Business Torts, etc. | (A) |
| B99 | Other Tortious Action | (F) |

### RP Real Property

| | | |
|---|---|---|
| C01 | Land Taking | (F) |
| C02 | Zoning Appeal, G.L. c. 40A | (F) |
| C03 | Dispute Concerning Title | (F) |
| C04 | Foreclosure of a Mortgage | (X) |
| C05 | Condominium Lien & Charges | (X) |
| C99 | Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | | |
|---|---|---|
| E18 | Foreign Discovery Proceeding | (X) |
| E97 | Prisoner Habeas Corpus | (X) |
| E22 | Lottery Assignment, G.L. c. 10 §28 | (X) |

### AB Abuse/Harassment Prevention

| | | |
|---|---|---|
| E15 | Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 | Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | | |
|---|---|---|
| E02 | Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 | Certiorari Action, G.L. c.249 §4 | (X) |
| E05 | Confirmation of Arbitration Awards | (X) |
| E06 | Mass Antitrust Act, G. L. c. 93 §9 | (A) |
| E07 | Mass Antitrust Act, G. L. c. 93 §8 | (X) |
| E08 | Appointment of a Receiver | (X) |
| E09 | Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 | Summary Process Appeal | (X) |
| E11 | Worker's Compensation | (X) |
| E16 | Auto Surcharge Appeal | (X) |
| E17 | Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 | Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 | Pleural Registry (Asbestos cases) | |
| E95 | Forfeiture, G.L. c.94C §47 | (F) |
| E99 | Other Administrative Action | (X) |
| Z01 | Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 | Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | | |
|---|---|---|
| E12 | SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 | SDP Petition, G.L. c. 123A §9(b) | |

### RC Restricted Civil Actions

| | | |
|---|---|---|
| E19 | Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 | Minor Seeking Consent, G.L. c.112 §12S | (X) |
| E94 | Forfeiture, G.L. c265 §56 | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES   ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

### A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
### FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
### MAY RESULT IN DISMISSAL OF THIS ACTION.

TurboLaw (800) 518-872

| **CIVIL TRACKING ORDER** (STANDING ORDER 1- 88) | DOCKET NUMBER 2173CV00108 | **Trial Court of Massachusetts** **The Superior Court** |
|---|---|---|
| CASE NAME: Salamone, Paul vs. Aramark Facility Service, Inc et al | | Marc J. Santos, Clerk of Court Bristol County |
| TO: Aramark Facility Service, Inc No addresses available , | | COURT NAME & ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                              **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/10/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 06/09/2021 | |
| All motions under MRCP 12, 19, and 20 | 06/09/2021 | 07/09/2021 | 08/09/2021 |
| All motions under MRCP 15 | 06/09/2021 | 07/09/2021 | 08/09/2021 |
| All discovery requests **and depositions** served and non-expert depositions completed | 12/06/2021 | | |
| All motions under MRCP 56 | 01/05/2022 | 02/04/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 06/06/2022 |
| Case shall be resolved and judgment shall issue by | | | 02/09/2023 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 02/09/2021 | Garrett Fregault | (508)823-6588 |

Date/Time Printed: 02-09-2021 12:26:17                                                                SCV026\ 08/2018

#4

BRISTOL, ss. Commonwealth of Massachusetts
FILED

MAR - 4 2021

MARC J SANTOS, ESQ.
CLERK/MAGISTRATE

Paul Salamone , PLAINTIFF(S),

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2173CV00108

v.

Aramark Facility Service, DEFENDANT(S)
Red Robin International

SUMMONS

THIS SUMMONS IS DIRECTED TO Aramark Facility Service, Inc . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**
2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, Bristol Superior Ct. Court, 9 Court St. Taunton, MA 02780 (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 258 Main St. Ste.D-2, Buzzards Bay, MA 02532 .
3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

4.  **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot gel legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case-number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _February 15_, 20_21_. (SEAL)

Marc J. Santos,
Clerk/Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

February 25, 2021

I hereby certify and return that on 2/25/2021 at 9:00 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to Sequiera Lavender, agent and person in charge at the time of service for Aramark Facility Service Inc., at 155 Federal Street Suite 700 CT Corporation System Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($17.92) Total: $54.22

Deputy Sheriff   Joseph Casey

*Deputy Sheriff*

#3

BRISTOL, Commonwealth of Massachusetts
FILED

BRISTOL, ss:                                                                 TRIAL COURT OF THE COMMONWEALTH
                         MAR - 4 2021                                        SUPERIOR COURT DEPARTMENT
                                                                             CIVIL DOCKET NO.: 2173CV00108
                    MARC J SANTOS, ESQ.
Paul Salamone      CLERK/MAGISTRATE
_____, PLAINTIFF(S),

v.

__Red Robin International__, DEFENDANT(S)
ARAMark Facility Services Inc

SUMMONS

THIS SUMMONS IS DIRECTED TO __Red Robin International__ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Bristol Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your signed original response with the Clerk's Office for Civil Business, __Bristol Superior__ Court, __9 Court St. Taunton, MA 02780__ (address), by mail or in person, **AND**
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: __258 Main St. Ste D-2 Buzzards Bay, MA 02532__ .

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot gel legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _February 15_, 20_21_. (SEAL)

Marc J. Santos,
Clerk/Magistrate

**Note:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**February 25, 2021**

**I hereby certify and return that on 2/25/2021 at 8:40 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Red Robin International Inc., at 84 State Street Corporation Service Company Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($17.92) Total: $54.22**

Deputy Sheriff    Joseph Casey

Deputy Sheriff